# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDOLPH S. FENNER,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-75 |
| v. | : | (JUDGE MANNION) |
| **LEHIGH VALLEY HEALTH NETWORK d/b/a Lehigh Valley Hospital – Pocono,** | : | |
| Defendant | : | |

## O R D E R

Presently before the court is a motion to stay filed by the plaintiff's counsel this morning prior to the previously scheduled Case management conference. (Doc. 19). For the reason stated on the record during today's Case Management Conference, the motion is **DENIED.**

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: March 2, 2021
21-75-05