# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH S. FENNER,<br><br>        Plaintiff<br><br>   v.<br><br>LEHIGH VALLEY HEALTH NETWORK,<br><br>        Defendant | CIVIL ACTION NO. 3:21-CV-75<br><br>(MANNION, D.J.)<br>(MEHALCHICK, M.J.) |

## ORDER

Per its Order of July 9, 2021, the Court convened a telephonic discovery conference today at 10:30 a.m. to address the issues raised by the parties (Doc. 29; Doc. 30). Only counsel for Defendant appeared. As such, the Court will address the outstanding discovery issues without argument from the parties and on the bases raised in their letters to the Court. Should either party wish to supplement its submissions to the Court, it shall do so on or before 5:00 p.m. on Monday, July 19, 2021.

**Dated: July 15, 2021**           *s/ Karoline Mehalchick*
                                                                             **KAROLINE MEHALCHICK**
                                                                             **United States Magistrate Judge**