UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDOLPH S. FENNER** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-CV-75 |
| v. | : | (JUDGE MANNION) |
| **LEHIGH VALLEY HEALTH NETWORK,** | : | |
| | : | |
| Defendant | | |

## ORDER

On October 20, 2022 the court entered an order directing the plaintiff to notify the court within 60 days of whether we was going to retain new counsel or proceed *pro* se. The plaintiff was further specifically advised that failure to notify the court would result in the matter being dismissed for failure to prosecute. (Doc. 61). That 60 day period has now passed without any response from the plaintiff nor entry of appearance by counsel.

In light of the foregoing, **IT IS HEREBY ORDERED THAT:**

1) Plaintiff's counsel's motion to withdraw (Doc. 56) is **Granted.**

2) Defendant's outstanding motions to dismiss (Doc. 34) and to extend case management deadlines (Doc. 53) are **Dismissed as Moot**.

- 2 -

**3)** The case will be **dismissed without prejudice** and the clerk is to mark the case closed.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: December 27, 2022**
21-75-16-ORDER

- 2 -